**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Wojciech Rzucidlo and Violetta Rzucidlo

                                          Debtors

Chapter 13 No.     15-42331

Judge     Jacqueline P. Cox

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on December 10, 2018, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Matthew C. Abad

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on December 10, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Matthew C. Abad
Matthew C. Abad ARDC# 6257858

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2058

## SERVICE LIST

Wojciech Rzucidlo and Violetta Rzucidlo
4942 N Greenwood Ave
Norridge, IL 60706

Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

Nathan E Curtis
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603